finmgt 10/05

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Louis A. DePamphilis**
 1476 Beech Tree Rd.
San Marcos, CA 92078
xxx–xx–0067
*Debtor alias(es):*  Gino A. DePamphilis

**Debra C. DePamphilis**
 1476 Beech Tree Rd.
San Marcos, CA 92078
xxx–xx–6930
*No Known Aliases*

Case number:  09–03840–JM7
Chapter:  7
Judge  James W. Meyers

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION

# OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §727). Pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, the debtor(s) must complete and file *Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) and Certificate of Debtor(s) Education*.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that *Official Form 23 Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management*, must be accompanied by the *Certificate of Debtor(s) Education* and filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the Debtor(s) must file Official Form 23 and Certificate of Debtor(s) Education within 45 days after the first date set for the meeting of creditors under §341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23 and Certificate of Debtor(s) Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline.

Dated:  5/6/09

Barry K. Lander
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0974-3           User: admin              Page 1 of 1            Date Rcvd: May 06, 2009
Case: 09-03840                 Form ID: finmgt          Total Served: 4

The following entities were served by first class mail on May 08, 2009.
db/jdb      +Louis A. DePamphilis,   Debra C. DePamphilis,   1476 Beech Tree Rd.,   San Marcos, CA 92078-7978
aty         +David G. Weil,   Kerry Steigerwalt's Pacific Law Center,   3636 Nobel Drive,   Suite 475,
              La Jolla, CA 92122-1022
tr          +Leslie T. Gladstone,   5785 La Jolla Blvd.,   Ste. A,   La Jolla, CA 92037-7346

The following entities were served by electronic transmission on May 07, 2009.
ust           E-mail/Text: ustp.region15@usdoj.gov                     United States Trustee,
                Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           United States Trustee Office
                                                                                    TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 08, 2009**         Signature:    *Joseph Speetjens*