CSD 1547 [04/28/96]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

## NOTICE OF CHANGE OF ADDRESS

IN RE: Louis A. DePamphilis and Debra C. DePamphilis , Debtor

CASE NUMBER: 09-03840

PLEASE NOTE: This form may **not** be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT</u>.

Check appropriate box below:

    DEBTOR OR JOINT DEBTOR NAMED BELOW:

        NAME: Louis A. DePamphilis and Debra C. DePamphilis    [✓] Debtor  [✓] Joint Debtor
                (Please print)

        NEW ADDRESS: 1610 Via La Plaza
                (New Street or Post Office Address)

            San Marcos      CA      92078
            (City)          (State)         (ZIP Code)

        SIGNATURE: /s/ David Weil 64702
                (Attorney for) Debtor or Joint Debtor

    CREDITOR NAMED BELOW:

        NAME:
                (Please print)

        NEW ADDRESS:
                (New Street or Post Office Address)

            (City)          (State)         (ZIP Code)

        SIGNATURE:
                (Attorney for) Creditor

FOR COURT'S USE ONLY:

_____ Entered on BANCAP
_____ Copy sent to Trustee/DIP

CSD 1547